IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **JOHN MURRAY**, <br><br> Defendant. | Case No. 2:22-cv-01372-HL <br><br> **JUDGMENT** |

**IMMERGUT, District Judge.**

Based upon this Court's Order Adopting Findings & Recommendation and Denying Defendant's Request for Stay of Decision entered July 10, 2025, ECF 64, and upon the records and files in this action,

**IT IS ORDERED AND ADJUDGED** that:

1. Plaintiff the United States is the sole owner of all structures, improvements, and property at Spout Springs Mountain Resort;

2. Defendant John Murray is liable for the costs of removal of the structures and improvements and the cost of site restoration at Spout Springs Mountain Resort; and

3. Each party shall bear its own costs and attorney's fees incurred in this action.

PAGE 1 – JUDGMENT

**IT IS SO ORDERED.**

DATED this 29th day of July, 2025.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge
